OLIVE C. HOYT v. GEORGE R. HOYT.

*Divorce—Extreme cruelty.*

It is extreme cruelty for a husband to wantonly neglect his wife in critical illness and to address her at such times in harsh and brutal language. ·

Appeal from Shiawassee. (Newton, J.)    Jan. 15.—Jan. 21.

DIVORCE bill. Complainant appeals. Reversed. The bill alleges and the proofs tend to show that in addition to treating his wife coldly and with extreme stinginess the defendant brutally neglected her while in premature labor and harshly upbraided her for the noise she made while suffering pain during her illness.

*Jas. A. Kellogg* and *A. R. McBride* for complainant.

CHAMPLIN, J.  The bill in this case prays for a divorce from the bonds of matrimony. The parties were married in 1878. The ground upon which relief is asked is cruel and inhuman treatment, extending over a period of about four years. The circuit court dismissed the bill of complaint, and complainant has brought the case here by appeal. We are all of opinion that the proofs show conclusively a case of wanton cruelty, and treatment that cannot be characterized otherwise than as inhuman.

The decree of the circuit court is reversed, and a decree must be entered here granting a divorce in accordance with the prayer of the bill.

The other Justices concurred.